# EXHIBIT A

**CONFIDENTIAL INFORMATION AND NONSOLICITATION AGREEMENT** 1033332

In consideration of my employment or continued employment by, or contracting for my services with, MICRON TECHNOLOGY, INC., or its affiliated companies (hereinafter collectively referred to as "Micron"), I hereby agree as follows:

1. **Disclosure of Information.**

a) I understand that in connection with my employment by, or service to, Micron, I may receive, develop, or otherwise acquire information that is confidential or secret. I agree not to disclose or use, directly or indirectly, during or after the period of my employment by or service to Micron, any Confidential Information (as defined below) of Micron or of parties with whom Micron has entered into a confidentiality or non-disclosure agreement, except for and on behalf of Micron in compliance with Micron's policies regarding confidentiality and nondisclosure agreements and solely within the scope of my employment or service to Micron. "Confidential Information" means information that relates to inventions, technology, products, product specifications, processes, procedures, performance and yield data, cost and financial information, marketing and business plans, customer lists, employees, construction plans and schedules, manufacturing, tool sets, wafer capacities, product mix, facility specifications, design concepts, materials used or generated or any other information that is not generally known to the public, or which is labeled "Confidential" (or with a similar legend) or is otherwise of a secret or confidential nature. This obligation shall be in force unless and until such Confidential Information becomes generally available to the public by publication or other legal means, but not as a result of unlawful use or publication.

b) I agree to take reasonable safeguards to protect Confidential Information, including, but not limited to:

i) Accessing only such Confidential Information as is necessary to perform my duties and limiting access of Confidential Information under my control to such other employees or agents of Micron who have a reasonable need to know to perform their duties to Micron.

ii) Maintaining in a safe place all documents, drawings, writings and data in any form which contain Confidential Information and utilizing the Confidential Information only as needed to perform my duties to Micron.

c) Upon termination of my employment or service with Micron, I will leave with Micron all documents, records, notebooks, or other repositories containing Confidential Information, including copies thereof, then in my possession or control, whether prepared by myself or others.

2. **Stock Trading.** I will not trade or have the appearance of trading Micron's stock based on any Confidential Information.

3. **Obligations to Other Parties.** I certify that I am entitled to enter into this Agreement and enter into employment by, or provide service to, Micron and that I am not thereby breaching any agreement I have with, or obligation I have to, any other party. I will not disclose to Micron any confidential information belonging to any other party, including confidential information that I learned as a result of any previous employment, unless I am expressly authorized to do so by the owner of such confidential information.

4. **Non-Solicitation.** I agree that during the period of my employment by, or service to, Micron and for two years thereafter I will not directly or indirectly initiate contact with any Micron employee for purposes of recruiting that employee, or any other Micron employee, for an employment or contract opportunity. I also will not directly or indirectly provide the names, addresses, phone numbers or other pertinent information concerning Micron employees to anyone for purposes of recruiting said employees.

5. **Continuing Obligation.** I agree that if I transfer my employment or begin offering services to another Micron entity, this Agreement shall automatically be assigned to the benefit of such entity.

6. **Effective Time.** This Agreement shall become effective immediately upon commencement of my employment with, or service to, Micron.

By: [signature] Micron ID #: 1033332
(signature)

Name: Hongbin Zhu Date: 1/09/06 Employer: Fab 4
(please print)